

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

Date: 09/25/2025

Re: Gimme Golf Tool LLC v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A
USDC Case Number: 1:25-cv-11553

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| VA 2-450-964 | February 15, 2025 | Gimme Golf Tool LLC |
| VA 2-450-965 | February 15, 2025 | Gimme Golf Tool LLC |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ G. Martin
Deputy Clerk

Rev. 11/18/2016